FILED
May 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:10-cr-00178-MCE |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| GLENN WATKINS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Glenn Watkins</u>; Case <u>2:10-cr-00178-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _ Release on Personal Recognizance

    _ Bail Posted in the Sum of _____

    X Unsecured Appearance Bond in the amount of <u>$50,000.00 co-signed by Jennifer Watkins.</u>

    _ Appearance Bond with 10% Deposit

    _ Appearance Bond secured by Real Property

    _ Corporate Surety Bail Bond

    X (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>May 7, 2010</u> at <u>X:00 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge