DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 10-0178-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| JAKE WEATHERS, et al., ) | DATE: August 26, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

    GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JAKE WEATHERS, by and through his counsel, KEITH D. CABLE, KEVIN WATKINS, by and through his counsel, DAN F. KOUKOL, FREDERICK DAVIS, by and through his counsel JOSEPH J. WISEMAN, PAUL YEARBY, JR., by and through his counsel BRUCE LOCKE and the United States Government, by and through its counsel, RUSSELL CARLBERG, Assistant United States Attorney, hereby agree that the status conference set for June 24, 2010, be continued to a status conference on August 26, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our clients and other witnesses.  The government is in the process of providing the defendant's with over 9000 pages of discovery. The defendants in this case consent to this continuance.

Counsel, along with the defendants agree that the time from the date of this order through August 26, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: June 21, 2010           Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Dennis S. Waks
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               GLENN WATKINS

                               /s/ Dennis S. Waks for
                               KEITH D. CABLE, attorney for
                               JAKE WEATHERS

                               /S/ Dennis S. Waks
                               DAN F. KOUKOL, attorney for
                               KEVIN WATKINS

                               /S/ Dennis S. Waks
                               JOSEPH J. WISEMAN,, attorney for
                               FEDERICK DAVIS

                               /S/ Dennis S. Waks
                               BRUCE LOCKE, attorney for
                               PAUL YEARBY, JR.

DATE: June 21, 2010            BENJAMIN B. WAGNER
                               United States Attorney

                               /S/ Dennis S. Waks for
                               RUSSELL CARLBERG
                               Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

 Dated: June 23, 2010

                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

2