```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2748
 5
 6
 7
```

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA,  ) | 2:10-cr-00178 MCE |
| 12 | Plaintiff,  ) | STIPULATION AND |
| | ) | PROTECTIVE ORDER RE: |
| 13 | v.  ) | DISSEMINATION OF DISCOVERY |
| | ) | DOCUMENTS CONTAINING |
| 14 | JAKE WEATHERS,  ) | PERSONALLY IDENTIFYING |
| | GLENN WATKINS,  ) | INFORMATION |
| 15 | aka Rasheed Khaleb,  ) | |
| | aka Jason Johnson,  ) | |
| 16 | KEVIN WATKINS,  ) | |
| | aka Jamal Ali,  ) | |
| 17 | aka Calvin Carter,  ) | |
| | FREDERICK DAVIS,  ) | |
| 18 | aka Ammar Rashad,  ) | |
| | aka Corey Green, and  ) | |
| 19 | PAUL YEARBY, JR.,  ) | |
| | aka Malcom Ali,  ) | |
| 20 | ) | |
| | Defendants.  ) | |
| 21 | | |

22      IT IS HEREBY STIPULATED AND AGREED among the parties and

23 their respective counsel, Russell L. Carlberg, Assistant U.S.

24 Attorney, representing plaintiff United States of America; Keith

25 Cable, Esq., representing defendant Jake Weathers; Dennis Waks,

26 Esq., representing defendant Glenn Watkins, aka Rasheed Khaleb,

27 aka Jason Johnson; Dan Koukol, Esq., representing defendant Kevin

28 Watkins, aka Jamal Ali, aka Calvin Carter; Joseph Wiseman, Esq.,

1

representing defendant Frederick Davis, aka Ammar Rashad, aka Corey Green; and Bruce Locke, representing defendant Paul Yearby, Jr., aka Malcom Ali, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with conspiracy to commit mail fraud, mail fraud and making false statements to mortgage lenders in connection with real estate purchases.  The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver license numbers, dates of birth, addresses, telephone numbers, and email addresses.  This Protective Order extends to all documents provided in this case, including those concerning conduct not directly charged in the indictment.

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents that contain Protected Information with anyone other than defense counsel and their designated defense investigators and support staff.  Defense counsel may permit the defendants to view the documents in the presence of their attorney, defense investigators and support staff, so long as defense counsel, defense investigators and support staff do not allow the defendants to copy Protected Information contained in the discovery, and defense counsel, defense investigators, and support staff do not allow the defendants to retain unredacted copies of these records.

In the event that the defendants substitute counsel, undersigned defense counsel agree to withhold documents
///
///

```
 1  containing Protected Information from new counsel unless and
 2  until substituted counsel agree also to be bound by this order.
 3  DATE:
 4
                                    _____
                                    KEITH D. CABLE
 5                                  Attorney for Jake Weathers
 6
 7  DATE: 6/21/10
 8                                     /s/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
 9                                  Attorney for Glenn Watkins
                                    aka Rasheed Khaleb
10                                  aka Jason Johnson
11
12  DATE: June 16, 2010
13                                     /s/ Dan F. Koukol
                                    _____
                                    DAN F. KOUKOL
14                                  Attorney for Kevin Watkins
                                    aka Jamal Ali
15                                  aka Calvin Carter
16
17  DATE: 5/24/10
18                                     /s/ Joseph J. Wiseman
                                    _____
                                    JOSEPH J. WISEMAN
19                                  Attorney for Frederick Davis
                                    aka Ammar Rashad
20                                  aka Corey Green
21
22  DATE: 6/3/10
23                                     /s/ Bruce Locke
                                    _____
                                    BRUCE LOCKE
24                                  Attorney for Paul Yearby, Jr.
                                    aka Malcom Ali
25
26                                  (Signatures retained by Attorney)
27  ///
28  ///
```

```
 1  DATE: May 24, 2010            BENJAMIN B. WAGNER
                                  United States Attorney
 2
 3
                                   /s/ Russell L. Carlberg
 4                                RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney
 5
 6
 7
 8                              **ORDER**
 9      For good cause shown, the stipulation of counsel in
10  criminal case no. 2:10-cr-00178 MCE concerning Protected
11  Information is approved and
12      **IT IS SO ORDERED.**
13
     Dated: July 8, 2010
14
15
                                  _____
16                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
17
```

4