DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00178-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. | ) | **FINDINGS OF EXCLUDABLE TIME** |
| | ) | |
| JAKE WEATHERS, et al., | ) | DATE: October 14, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Morrison C. England Jr. |

GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JAKE WEATHERS, by and through his counsel, HAYES GABLE, KEVIN WATKINS, by and through his counsel, DAN F. KOUKOL, FREDERICK DAVIS, by and through his counsel JOSEPH J. WISEMAN, PAUL YEARBY, JR., by and through his counsel BRUCE LOCKE and the United States Government, by and through its counsel, RUSSELL CARLBERG, Assistant United States Attorney, hereby agree that the status conference set for August 26, 2010, be continued to a status conference on October 14, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our clients and other witnesses.

1 | The government is in the process of providing the defendant's with over
2 | 9000 pages of discovery. The defendants in this case consent to this
3 | continuance.
4 |     Counsel, along with the defendants agree that the time from the
5 | date of this order through October 14, 2010, should be excluded in
6 | computing the time within which trial must commence under the Speedy
7 | Trial Act, §3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time
8 | to prepare].

11 | DATED: August 20, 2010          Respectfully submitted,
12 |                                 DANIEL J. BRODERICK
                                     Federal Defender

15 |                                 /S/ Dennis S. Waks
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal Defender
16 |                                 Attorney for Defendant
                                     GLENN WATKINS

19 |                                 /s/ Dennis S. Waks for
                                     HAYES GABLE, attorney for
                                     JAKE WEATHERS

22 |                                 /S/ Dennis S. Waks
                                     DAN F. KOUKOL, attorney for
                                     KEVIN WATKINS

25 |                                 /S/ Dennis S. Waks
                                     JOSEPH J. WISEMAN,, attorney for
                                     FEDERICK DAVIS

```
                                    /S/ Dennis S. Waks
                                    BRUCE LOCKE, attorney for
                                    PAUL YEARBY, JR.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /S/ Dennis S. Waks for
                                    RUSSELL CARLBERG
                                    Assistant United States Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated: August 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3