```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 10-0178-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| v. | |
| JAKE WEATHERS, et al., | DATE: January 13, 2011 |
| | TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Morrison C. England Jr. |

GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JAKE WEATHERS, by and through his counsel, HAYES GABLE, KEVIN WATKINS, by and through his counsel, DAN F. KOUKOL, FREDERICK DAVIS, by and through his counsel, JOSEPH J. WISEMAN, PAUL YEARBY, JR., by and through his counsel, BRUCE LOCKE and the United States Government, by and through its counsel, RUSSELL CARLBERG, Assistant United States Attorney, hereby agree that the status conference set for October 14, 2010, be continued to a status conference on January 13, 2011, at 9:00 a.m.

///

///

1  This continuance is requested because counsel for the defendant
2  requires additional time to obtain and review discovery, continue our
3  investigation, and to interview our clients and many other witnesses.
4  The government has provided the defendant's with over 9000 pages of
5  discovery. The defendants in this case consent to this continuance.
6     Counsel, along with the defendants agree that the time from the
7  date of this order through January 13, 2011, should be excluded in
8  computing the time within which trial must commence under the Speedy
9  Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and(B)(iv) [Local Code
10 T4] (reasonable time to prepare) and (h)(7)(B)(ii) [Local Code T2]
11 (unusual and complex).

12 DATED: October 8, 2010          Respectfully submitted,

13                                 DANIEL J. BRODERICK
                                   Federal Defender
14
                                   /S/ Dennis S. Waks
15                                 DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
16                                 Attorney for Defendant
                                   GLENN WATKINS
17
                                   /s/ Dennis S. Waks for
18                                 HAYES GABLE, attorney for
                                   JAKE WEATHERS
19
                                   /S/ Dennis S. Waks
20                                 DAN F. KOUKOL, attorney for
                                   KEVIN WATKINS
21
                                   /S/ Dennis S. Waks
22                                 JOSEPH J. WISEMAN, attorney for
                                   FEDERICK DAVIS
23
                                   /S/ Dennis S. Waks
24                                 BRUCE LOCKE, attorney for
                                   PAUL YEARBY, JR.
25

26

27

28

                                   2

1  DATE: October 8, 2010          BENJAMIN B. WAGNER
                                  United States Attorney
2
                                  /S/ Dennis S. Waks for
3                                 RUSSELL CARLBERG
                                  Assistant United States Attorney
4

5
                                  **O R D E R**
6

7      IT IS SO ORDERED.

8
   Dated: October 13, 2010
9

10                                _____
                                  MORRISON C. ENGLAND, JR.
11                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3