DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:10-cr-00178-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| JAKE WEATHERS, et al., ) | DATE:  March 17, 2011 |
| ) | TIME:  9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

   GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JAKE WEATHERS, by and through his counsel, HAYES GABLE, KEVIN WATKINS, by and through his counsel, DAN F. KOUKOL, FREDERICK DAVIS, by and through his counsel, JOSEPH J. WISEMAN, PAUL YEARBY, JR., by and through his counsel, BRUCE LOCKE and the United States Government, by and through its counsel, RUSSELL CARLBERG, Assistant United States Attorney, hereby agree that the status conference set for January 13, 2011, be continued to a status conference on March 17, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our clients and many other witnesses.  The government has provided the defendant's with over 9000 pages of discovery.

1  The defendants in this case consent to this continuance.
2       Counsel, along with the defendants agree that the time from the
3  date of this order through March 17, 2011, should be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and(B)(iv) [Local Code
6  T4] (reasonable time to prepare) and (h)(7)(B)(ii) [Local Code T2]
7  (unusual and complex).

```
DATED: January 6, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                GLENN WATKINS

                                /s/ Dennis S. Waks for
                                HAYES GABLE, attorney for
                                JAKE WEATHERS

                                /S/ Dennis S. Waks
                                DAN F. KOUKOL, attorney for
                                KEVIN WATKINS

                                /S/ Dennis S. Waks
                                JOSEPH J. WISEMAN, attorney for
                                FREDERICK DAVIS

                                /S/ Dennis S. Waks
                                BRUCE LOCKE, attorney for
                                PAUL YEARBY, JR.

DATE: January 6, 2010           BENJAMIN B. WAGNER
                                United States Attorney

                                /S/ Dennis S. Waks for
                                RUSSELL CARLBERG
                                Assistant United States Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3