1 BRUCE LOCKE (#177787)
Moss & Locke
2 800 Howe Avenue, Suite 110
Sacramento, CA 95825
3 (916) 569-0667
(916) 569-0665 fax
4 Attorneys for
PAUL YEARBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-0178 MCE |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION TO CONTINUE STATUS |
|  | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
|  | ) |  |
| PAUL YEARBY, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Paul Yearby, by and through his defense counsel, Bruce Locke; Jake Weathers, by and through his defense counsel, Hayes Gable; Glenn Watkins, by and through his defense counsel, Dennis Waks; Kevin Watkins, by and through his defense counsel, Dan F. Koukol; and Frederick Davis, by and through his defense counsel, Joseph J. Wiseman; and the United States of America, by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the status conference presently set for March 17, 2011 at 9:00 a.m., should be continued to June 23, 2011 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from March 17, 2011 through June 23, 2011.

The reason for the continuance is that Mr. Gable is currently in a death penalty case in Yolo County that will last at least nine more weeks; defense counsel are continuing to review the 9000 pages of discovery and pursue their investigations; and plea offers have been made to some of the defendants and they and their counsel need additional time to consider those proposals. The government intends to seek a trial date at the June 23, 2011 status conference.

///

1

1  Accordingly, the time between March 17, 2011 and June 23, 2011 should be excluded from the
2  Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) and (iv)
3  and Local Codes T-2 for complexity and T-4 for defense preparation.   The parties stipulate that the
4  ends of justice served by granting this continuance outweigh the best interests of the public and the
5  defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Carlberg and the defense counsel have
6  authorized Mr. Locke to sign this pleading for them.

7  DATED: March 15, 2011            /S/ Bruce Locke
                                     BRUCE LOCKE
8                                    Attorney for Paul Yearby

9  DATED: March 15, 2011            /S/ Bruce Locke
                                     For DENNIS S. WAKS
10                                   Attorney for Glenn Watkins

11 DATED: March 15, 2011            /S/ Bruce Locke
                                     For HAYES GABLE
12                                   Attorney for Jake Weathers

13 DATED: March 15, 2011            /S/ Bruce Locke
                                     For DAN F. KOUKOL
14                                   Attorney for Kevin Watkins

15 DATED: March 15, 2011            /S/ Bruce Locke
                                     For JOSEPH J. WISEMAN
16                                   Attorney for Frederick Davis

17
   DATED: March 15, 2011             /S/ Bruce Locke
18                                   For RUSSELL CARLBERG
                                     Attorney for the United States
19

20        IT IS SO ORDERED.
21

22   Dated: March 18, 2011
23
24                                   _____
                                     MORRISON C. ENGLAND, JR.
25                                   UNITED STATES DISTRICT JUDGE
26
27
28
29                                   2