```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 10-0178-MCE |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. | ) | **FINDINGS OF EXCLUDABLE TIME** |
| JAKE WEATHERS, et al., | ) | DATE: October 6, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Morrison C. England Jr. |
| _____ | ) | |

GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JAKE WEATHERS, by and through his counsel, HAYES GABLE, KEVIN WATKINS, by and through his counsel, DAN F. KOUKOL, FREDERICK DAVIS, by and through his counsel, JOSEPH J. WISEMAN, PAUL YEARBY, JR., by and through his counsel, BRUCE LOCKE and the United States Government, by and through its counsel, RUSSELL CARLBERG, Assistant United States Attorney, hereby agree that the status conference set for August 11, 2011, be continued to a status conference on October 6, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendants require additional time to review discovery, continue our investigation, to interview our clients and to continue negotiations.  The government has provided the defendants with over 9000 pages of discovery.  The defendants in this case consent to this continuance.

Counsel, along with the defendants agree that the time from the date of this order through October 6, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and(B)(iv) [Local Code T4] (reasonable time to prepare) and (h)(7)(B)(ii) [Local Code T2] (unusual and complex).

DATED: August 8, 2011          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Dennis S. Waks
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               GLENN WATKINS

                               /s/ Dennis S. Waks for
                               HAYES GABLE, attorney for
                               JAKE WEATHERS

                               /S/ Dennis S. Waks
                               DAN F. KOUKOL, attorney for
                               KEVIN WATKINS

                               /S/ Dennis S. Waks
                               JOSEPH J. WISEMAN, attorney for
                               FREDERICK DAVIS

                               /S/ Dennis S. Waks
                               BRUCE LOCKE, attorney for
                               PAUL YEARBY, JR.

DATE: August 8, 2011           BENJAMIN B. WAGNER
                               United States Attorney

                               /S/ Dennis S. Waks for
                               RUSSELL CARLBERG
                               Assistant United States Attorney

**O R D E R**

For the reasons set forth above, the court finds that the interests of justice outweigh the interests of the defendants and the public in a speedy trial and declares that time is excluded under the Speedy Trial Act from August 11, 2011 through and including October 6, 2011, for continuity of counsel and defense preparation, 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [Local Code T4] (reasonable time to prepare), and case complexity under §3161 (h)(7)(B)(ii) [Local Code T2] (unusual and complex).  The matter is set for further status on October 6, 2011.

IT IS SO ORDERED.

Dated: August 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3