1    DAN KOUKOL
     Attorney at Law
2    State Bar No. 122526
     11930 Heritage Oak Place, Suite 6
3    Auburn, California 95603
     Telephone: (530) 823-5400
4    Facsimile: (530) 852-0150
     Email: dkoukol@placergroup.com
5
     Attorney for Defendant,
6    **KEVIN WATKINS**

7
                  **IN THE UNITED STATES DISTRICT COURT**
8                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   UNITED STATES OF AMERICA,          CASE NO. 10-CR-178 MCE

11          Plaintiff,                  STIPULATION AND ORDER

12       vs.                            DATE: October 13, 2011
                                        TIME: 9:00 AM
13   JAKE WEATHERS, et al               JUDGE: Hon. Morrison England

14          Defendants.

15

16          It is hereby stipulated and agreed to between the United States of America through

17   Russell Carlberg, Assistant U.S. Attorney, and defendants Jake Weathers, by and through his

18   attorney, Hayes Gable, Glenn Watkins, by and through his attorney, Dennis Waks, Kevin

19   Watkins, by and through his attorney, Dan Koukol, and Paul Yearby, Jr., by and through his

20   attorney, Bruce Locke, that the status conference of October 13, 2011 be vacated and that a

21   status conference be set for November 10, 2011 at 9:00 AM.

22          This continuance is being requested because the government has recently proffered plea

23   offers and counsel needs additional time to discuss them with their clients.

24   ///

25   ///

                                    -1-

Counsel agree that the time between the signing of the requested order and November 10, 2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: OCTOBER 12, 2011                    Respectfully submitted,


                                           /s/ DAN KOUKOL FOR
                                           _____
                                           HAYES H. GABLE
                                           Attorney for defendant Jake Weathers


DATED: OCTOBER 12, 2011                    Respectfully submitted,


                                           /s/ DAN KOUKOL FOR
                                           _____
                                           DENNIS S. WAKS
                                           Attorney for defendant Glenn Watkins


DATED: OCTOBER 12, 2011                    Respectfully submitted,


                                           /s/ DAN KOUKOL
                                           _____
                                           DAN KOUKOL
                                           Attorney for defendant Kevin Watkins


DATED: OCTOBER 12, 2011                    Respectfully submitted,


                                           /s/ DAN KOUKOL FOR
                                           _____
                                           BRUCE LOCKE
                                           Attorney for defendant Paul Yearby, Jr.

DATED: OCTOBER 12, 2011                              Respectfully submitted,


                                        /s/ DAN KOUKOL FOR

                                        _____
                                        Russell Carlberg
                                        Assistant U.S. Attorney


        **IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for October 13, 2011, be vacated and the matter continued to November 10, 2011 at 9:00 AM for further status conference. Pursuant to the parties' stipulation, the Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).   Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  October 14, 2011

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE