DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**KEVIN WATKINS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-CR-178 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 13, 2011<br>TIME: 9:00 AM |
| JAKE WEATHERS, et al | JUDGE: Hon. Morrison England |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Russell Carlberg, Assistant U.S. Attorney, and defendants Jake Weathers, by and through his attorney, Hayes Gable, Glenn Watkins, by and through his attorney, Dennis Waks, Kevin Watkins, by and through his attorney, Dan Koukol, and Paul Yearby, Jr., by and through his attorney, Bruce Locke, that the status conference of October 13, 2011 be vacated and that a status conference be set for November 10, 2011 at 9:00 AM.

This continuance is being requested because the government has recently proffered plea offers and counsel needs additional time to discuss them with their clients.

///

///

-1-

Counsel agree that the time between the signing of the requested order and November 10, 2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: OCTOBER 12, 2011                    Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
HAYES H. GABLE
Attorney for defendant Jake Weathers

DATED: OCTOBER 12, 2011                    Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
DENNIS S. WAKS
Attorney for defendant Glenn Watkins

DATED: OCTOBER 12, 2011                    Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Kevin Watkins

DATED: OCTOBER 12, 2011                    Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
BRUCE LOCKE
Attorney for defendant Paul Yearby, Jr.

1  DATED: OCTOBER 12, 2011                             Respectfully submitted,

   /s/ DAN KOUKOL FOR

   Russell Carlberg
   Assistant U.S. Attorney

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for October 13, 2011, be vacated and the matter continued to November 10, 2011 at 9:00 AM for further status conference. Pursuant to the parties' stipulation, the Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  October 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE