DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLENN WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:10-cr-00178-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SELF SURRENDER DATE |
| v. | ) ) | |
| JAKE WEATHERS, et al., | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendants. | ) ) ) | |
| _____ | ) | |

    GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, hereby agree to the following:

    1.  On September 6, 2012, this defendant was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day imprisonment and he has a self surrender date of Friday, November 2, 2012 by 2:00 p.m..

    2.  The defendant has contacted our office and has requested additional time to self-surrender in order to relocate his grandmother who resides with him.  His grandmother suffers from dementia and Mr. Watkins is currently trying to locate a residence to care for her during his incarceration.

///

3. Defense counsel has been in contact with Assistant United States Attorney, Michael M. Beckwith who has no objection to continuing the defendant's self surrender date. Mr. Watkins agrees to remain under Pretrial Services Supervision until he voluntarily surrenders to a Bureau of Prison facility. Renee Basurto of Pretrial Services has been advised of this request and she has no objection.

Therefore, it is agreed that the defendant's self surrender date of Friday, November 2, 2012, be continued to Friday, November 16, 2012, by 2:00 p.m.

DATED: October 23, 2012            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /S/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   GLENN WATKINS

DATE: October 23, 2012             BENJAMIN B. WAGNER
                                   United States Attorney

                                   /S/ Dennis S. Waks for
                                   MICHAEL M. BECKWITH
                                   Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2